No. 407, Misc.   PENRICE *v.* CALIFORNIA.   Petition for writ of certiorari to the Supreme Court of California and for other relief denied.

No. 432, Misc.   BRINSON *v.* CALIFORNIA.   Petition for writ of certiorari to the Supreme Court of California and for other relief denied.

No. 422, October Term, 1961.   LINK *v.* WABASH RAILROAD CO., 370 U. S. 626.   Petitions for rehearing and reargument denied.   MR. JUSTICE WHITE and MR. JUSTICE GOLDBERG took no part in the consideration or decision of this application.

No. 1020, Misc., October Term, 1961.   PUGH *v.* VIRGINIA, 370 U. S. 927.   Petition for rehearing denied.   MR. JUSTICE GOLDBERG took no part in the consideration or decision of this application.

OCTOBER 18, 1962.

No. 348, Misc.   BIZUP *v.* COLORADO.   Supreme Court of Colorado.   Certiorari denied.